FILED
 2009 May-27  PM 04:09
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD MARLOW,** | } | |
| **Plaintiff,** | } | |
| v. | } | Case No.:  **2:09-CV-556-RDP** |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | } | |
| **Defendant.** | } | |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**.  The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than **sixty (60) days** from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

The 16(b) scheduling conference currently set for 9:30 a.m. on Thursday, May 28, 2009 is **CANCELLED.**

**DONE** and **ORDERED** this       27th       day of May, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE